IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HAROLD D. ADAIR,
    Plaintiff,

vs.                                    Case No.:  3:07cv425/MCR/EMT

OKALOOSA COUNTY JAIL,
     Defendant.
_____/

**O R D E R**

      Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis (Docs. 1, 2).  Upon review of the motion and attachments, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion.  The Prisoner Consent Form and Financial Certificate was not filled out and executed by a prison official as required.  Additionally, Plaintiff failed to provide a printout of his prisoner account for the six months preceding the filing of his civil rights complaint.

      In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a completed in forma pauperis application.

      Accordingly, it is **ORDERED**:

      1.    Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

      2.    The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

      3.    Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, <u>including an attached computer printout of the transactions in his prison account during the preceding six month period</u>.

      4.      Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 11th day of October 2007.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**