IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HAROLD D. ADAIR,
    Plaintiff,

vs.                                                  Case No.:  3:07cv425/MCR/EMT

OKALOOSA COUNTY JAIL,
     Defendant.
_____/

**O R D E R**

       Plaintiff, an inmate proceeding pro se, initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1).  Plaintiff has also filed a motion to proceed in forma pauperis (Doc. 10).

       Upon review of the motion to proceed in forma pauperis, the court concludes that Plaintiff failed to provide the requisite supporting documentation for the motion, specifically, <u>a financial certificate signed by prison official with an attached copy of Plaintiff's trust fund account statement covering the six-month period preceding the filing of the complaint</u> (if Plaintiff has been incarcerated less than six months, he must submit a trust fund account statement covering the duration of his incarceration).  *See* 28 U.S.C. § 1915(a)(2).  Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

       Accordingly, it is **ORDERED**:

       1.     Plaintiff's motion to proceed in forma pauperis (Doc. 10) is **DENIED** without prejudice.

       2.     The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate signed by a prison official with an attached printout of the transactions in Plaintiff's prison account during the preceding six-month period.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 30th day of October 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**