# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA  DIVISION

HAROLD L. ADAIR

       vs                                 Case No. 3:07cv425/MCR/EMT

OKALOOSA COUNTY JAIL

_____

## ORDER

Plaintiff's correspondence, received by the clerk of court on January 3, 2008, was referred to the undersigned with the following deficiencies:

> The document is not properly captioned for this court.  Every paper filed after the complaint must have the name of this court.  The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing.  To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned.  *See* N.D. Fla. Loc. R. 5.1(B)(1).

> The document is not in proper form.  The title of the pleading, motion, or other paper must immediately follow the style of the case and shall include a clear, concise and specific identification of the document being filed and the filing party.  The body of the document should state the nature of the filing party's request and the relief sought from the court.  *See* N.D. Fla. Loc. R. 5.1(B)(2).  Plaintiff is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief, citing authorities, or presenting arguments.  *See* N.D. Fla. Loc. R. 7.1(F)(1).  Plaintiff should file a pleading or motion with a title.

> The document does not contain Plaintiff's original signature.  An original signature must be affixed to any document filed in paper form.  *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).

The document does not have a proper signature block.  The typed or printed name and address of the party filing the document must be included with the original signature.  *See* Fed. R. Civ. P. 11(a).

For these reasons, it is **ORDERED** that:

The submitted hard copy of the document shall be returned to Plaintiff by the clerk of court without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 7<u>th</u> day of January 2008.


 /s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**