### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

HAROLD D. ADAIR,
    Plaintiff,

vs.                                                    Case No. 3:07cv425/MCR/EMT

OKALOOSA COUNTY JAIL,
    Defendant.
_____/

### O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 14, 2008.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Plaintiff's claim against Defendant is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      3.  This action is **DISMISSED** and the clerk is directed to close the file.

      **DONE AND ORDERED** this 27th day of February, 2008.

                                                     *s/ M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT JUDGE**